IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:22CR3005** |
| vs. | |
| MELISSA GRANTSKI, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 16), is granted.

2) Defendant is permitted to travel to Estevan, SK, Canada on February 11, 2022, returning to the District of Nebraska on February 12, 2022.

3) On or before February 11, 2022 at 10:00 a.m., Defendant shall provide information to pretrial services outlining contact numbers, and her transportation and lodging arrangements for the trip.

February 10, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge