IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MELISSA GRANTSKI,<br><br>　　　　　　　Defendant. | 4:22CR3005<br><br>ORDER |

　　　　IT IS ORDERED:

1)　　Defendant's motion for temporary modification of pretrial release, (Filing No. 18), is granted.

2)　　Defendant is permitted to travel to London, OT CAD on February 24, 2022, returning to the District of Nebraska on February 26, 2022.

3)　　On or before February 22, 2022 at 10:00 a.m., Defendant shall provide information to pretrial services outlining contact numbers, and her transportation and lodging arrangements for the trip.

　　February 23, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge