IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3005 |
| vs. | ORDER |
| MELISSA GRANTSKI, | |
| Defendant. | |

This matter is before the Court upon the defendant's motion (filing 27) for an order permitting her to pay restitution prior to sentencing. The Court will grant the motion.

IT IS ORDERED:

1. The defendant's motion (filing 27) is granted.

2. The Clerk of the Court shall accept up to and including $58,403.64 in restitution until further order of the Court.

Dated this 22nd day of August, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge